In the Matter of the Will of JUDSON G. WING, Deceased. E. RAY HARDENBROOK et al., Appellants; HELEN SHERER et al., Respondents.

Argued April 11, 1938; decided May 17, 1938.

*Domenick L. Gabrielli* for appellants.

*Earl F. Case* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Rapid Transit Purposes in the Borough of Manhattan.

JOSEPH N. EARLY et al., Appellants.

Argued April 11, 1938; decided May 17, 1938.